AO 240A (2/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

JAMES O. GLOVER,

        Plaintiff,        Civil Action No.
                                      5:06-CV-195 (LEK/DEP)

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

### ORDER ON APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS HEREBY ORDERED that the application is:

   **X**   GRANTED.[1]

   **X**   IT IS FURTHER ORDERED that the Clerk issue the summons, which shall be returned to plaintiff's counsel for service upon the defendant.

---

[1] The Court notes that even though such request has been granted, plaintiff is still required to pay other fees that may be incurred in the future regarding this action, including but not limited to copying and/or witness fees.

_____X_____   IT IS FURTHER ORDERED that pursuant to General Order No. 18 (formerly General Order No. 43) of this District, the defendant shall file either an answer to plaintiff's complaint, together with a certified copy of the transcript of the administrative proceedings, within 100 days of said service, or a motion to dismiss the complaint within 60 days of said service.

*[signature]*
David E. Peebles
U.S. Magistrate Judge

Date:       February 15, 2006
            Syracuse, NY

G:\socialsecurity\IFPApps\glover-fp.wpd